IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-00260-F

| | |
|---|---|
| GEORGE ANDREW BRATTON ) | |
| *as successor-in-interest* ) | |
| *for the Estate of Geena Gee Bratton,* ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE UNITED STATES ) | |
| DEPARTMENT OF JUSTICE, et al., ) | |
| Defendants ) | |

This matter is before the court on Plaintiff George Andrew Bratton's failure to cause counsel to file a notice of appearance as ordered by the court on August 25, 2015. *See* Order Aug. 25, 2015 [DE-6].

Plaintiff initiated this action by filing an Application to Proceed in District Court Without Prepaying Fees or Costs [DE-1] (hereafter "IFP Application"), seeking to file a complaint [DE-1-16] asserting eight claims on behalf of the Estate of Geena Gee Bratton, arising out of the death of Ms. Bratton, along with a motion for a temporary restraining order [DE-1-16]. On June 19, 2015, this court noted that Plaintiff cannot represent the Estate of Geena Gee Bratton *pro se*. *See* Order June 19, 2015 [DE-2]. Accordingly, the court ordered Plaintiff to cause counsel to enter a notice of appearance within thirty days. *Id.* at 4. On June 30, 2015, the court's Order of June 19, 2015, which had been mailed to Plaintiff, was returned undeliverable. Because Plaintiff did not receive the court's Order of June 19, 2015, the court extended the time for Plaintiff to obtain counsel. *See* Order Aug. 25, 2015 [DE-6] at 5. Plaintiff was ordered to cause counsel to enter a

notice of appearance within thirty days of the court's Order of August 25, 2015. *Id.* Plaintiff has failed to comply. Therefore, Plaintiff's claims are DISMISSED without prejudice to refile.

SO ORDERED.

This, the 6' day of October, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge