UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GEORGE ANDREW BRATTON )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES DEPARTMENT )<br>OF JUSTICE, U.S. ATTORNEY )<br>GENERAL ERIC HOLDER, GREGORY )<br>B. FRIEL, ALISON N. BARKOFF, JOY )<br>LEVIN WELAND, THE DISABILITY )<br>RIGHTS NORTH CAROLINA )<br>ORGANIZATION and DOES 1-100, )<br>    Defendants. ) | **JUDGMENT**<br>No. 5:15-CV-260-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [DE-1] and Motion for Temporary Restraining Order [DE-1-14] are DENIED without prejudice, and the Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on October 7, 2015, and Copies To:**

George Andrew Bratton(via U.S. Mail to PO Box 232, Riverside, CA 92502)


DATE                 JULIE RICHARDS JOHNSTON, CLERK
October 7, 2015             /s/ Jacqueline B. Grady
                     (By) Jacqueline B. Grady, Deputy Clerk